UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
RAUL GURROLA,                           )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )       Civil Action No. 07-1954 (PLF)
                                        )
MICHAEL J. ASTRUE, Commissioner,        )
Social Security Administration,         )
                                        )
            Defendant.                  )
_____)


ORDER

        This matter is before the Court on plaintiff's motion for judgment of reversal and

defendant's motion for judgment of affirmance. For the reasons stated in the Opinion issued this

same day, it is hereby

        ORDERED that defendant's motion for judgment of affirmance [12] is

GRANTED; it is

        FURTHER ORDERED that plaintiff's motion for judgment of reversal [9] is

DENIED; and it is

        FURTHER ORDERED that the Clerk of the Court shall remove this case from the

docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

        SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE:   April 16, 2010